BRAY, Judge,
concurring.
While I concur in the result expressed in the majority opinion, I take exception to the inclusion of n. 3. Notwithstanding the hyperbole of appellant’s able counsel, I find nothing in the record which either requires or justifies reference in the opinion to the Canons of Judicial Conduct.
Similarly, I am constrained to also except to the dissenter’s conclusion that the “Virginia Beach practice” of conducting voir dire “appears from the record.” The procedure on voir dire which pertained in the subject trial is the only issue on appeal, not the judicial customs of the city. Moreover, in the colloquy between appellant’s counsel and the court, the court repeatedly referenced itself in the first person, clearly not implicating the entire Second Judicial Circuit of Virginia.